# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1410
_____

RODNEY MCCUTCHEON,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Proceeding.

October 29, 2025

PER CURIAM.

The court treats the petition for writ of certiorari docketed June 9, 2025, as an appeal from the May 7, 2025, "Order Dismissing Petition as Moot," and as the initial brief. We summarily affirm for failure to show any entitlement to relief. *See* Fla. R. App. P. 9.315(a).

ROWE, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Rodney McCutcheon, pro se, Petitioner.

Kelly R. Forren, Assistant General Counsel for Florida Department of Corrections, Tallahassee, for Respondent.